IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

**In the Matter of:**
Marfil, Ivan Kaluna
Marfil, Melinda Marie
Debtors

Case No: 12-73072
Chapter 13

### NOTICE OF MOTION TO SUSPEND PLAN PAYMENTS

The debtor has filed papers with the Court to Suspend Plan Payments.

**<u>Your rights may be affected.</u> You should read these papers carefully and discuss them with your Attorney, if you have one in this case. (If you do not have an Attorney, you may wish to consult one.)**

If you do not want the Court to grant the Motion requested, or if you want the Court to consider your views on the Motion, then on or before April 16, 2013, you or your Attorney must file with the Court, at the address shown below, a written response pursuant to Local Bankruptcy Rule 9013-1(H).

You must also send a copy of your written response to:

Steve C. Taylor, Esquire
Counsel for the Debtors
Law Offices of Steve C. Taylor, P.C.
133 Mount Pleasant Road
Chesapeake, VA 23322

If you or your Attorney do not take this step, the Court may decide you do not oppose the relief sought in the motion and may enter an Order granting the Motion without further notice or hearing.

Date: <u>March 26, 2013</u>

_____
Steve C. Taylor, Esquire
Counsel for the Debtors

Steve C. Taylor
Law Offices of Steve C. Taylor
Attorney for the debtor(s)
133 Mount Pleasant Road
Chesapeake, Virginia 23322
(757) 482-5705
VSB#: 31174

## CERTIFICATE OF SERVICE

    I hereby certify that on ___March 26, 2013___, I mailed a copy of this Notice of Motion to the Debtor, the Office of the United States Trustee; the Chapter 13 Trustee and to the creditors and parties in interest on the attached Service List in compliance with Fed.R.Bankr.P. 7004. Insured depository institutions have been served via certified mail addressed to the officer named on the attached Service List. All other parties have been served via first class mail addressed as shown on the attached Service List.

                                                Steve C. Taylor, Esquire

Steve C. Taylor
Law Offices of Steve C. Taylor
Attorney for the debtor(s)
133 Mount Pleasant Road
Chesapeake, Virginia 23322
(757) 482-5705
VSB#: 31174

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

**In the Matter of:**
Marfil, Ivan Kaluna
Marfil, Melinda Marie
Debtors

Case No: 12-73072
Chapter 13

## CORRECTED MOTION TO SUSPEND PLAN PAYMENTS

NOW COMES the debtor, by Counsel, and states the following, to wit:

1. That the debtors filed bankruptcy under Chapter 13 on July 18, 2012.
2. That Michael P. Cotter was appointed and serves as the Trustee in this case.
3. That the debtors filed a Chapter 13 Plan on July 19, 2012 and an Amended Chapter 13 Plan on September 12, 2012 that was confirmed on November 01, 2012.
4. That the debtors are current on their Chapter 13 plan payments.
5. That debtor husband has a medical condition that prevents him from returning to his normal position for an extended period of time.
6. That an order suspending their Chapter 13 plan payments for a period of three months was entered by this Court on January 28, 2013.
7. That debtor husband anticipates that he will be allowed to return to work, most likely in an alternate position, before this additional suspension period ends.
8. That the debtors will be unable to pay their Chapter 13 plan payments for the months of March 2013 and April 2013 and May 2013 due to debtor husband's medical leave from work.
9. That the debtor husband will resume employment as soon as his employer provides an alternate position in order to continue Plan payments and meet expenses.

Steve C. Taylor
Law Offices of Steve C. Taylor
Attorney for the debtor(s)
133 Mount Pleasant Road
Chesapeake, Virginia 23322
(757) 482-5705
VSB#: 31174

10. Wherefore Debtors pray for an additional three (3) month suspension of their Chapter 13 Plan payments.

11. That the debtors must cure the arrears from the additional three (3) month suspension before the fifty-fifth (55) month of the Chapter 13 Plan.

WHEREFORE, the debtors pray this Honorable Court enter an Order allowing them to suspend the Chapter 13 plan payments for the months of March 2013, April 2013, and May 2013 with payments resuming in June of 2013, and that the debtors will cure the arrearages on or before the fifty-fifth (55) month of the Chapter 13 Plan.

IVAN KALUNA MARFIL
MELINDA MARIE MARFIL

_____
Steve C. Taylor, Esquire,
Counsel for the debtor

### Certificate of Mailing

I hereby certify that on __March 26, 2013__, I mailed a copy of this Motion to the Debtor, the Office of the United States Trustee; the Chapter 13 Trustee and to the creditors and parties in interest on the attached Service List in compliance with Fed.R.Bankr.P. 7004. Insured depository institutions have been served via certified mail addressed to the officer named on the attached Service List. All other parties have been served via first class mail addressed as shown on the attached Service List.

_____
Steve C. Taylor, Esquire

Steve C. Taylor
Law Offices of Steve C. Taylor
Attorney for the debtor(s)
133 Mount Pleasant Road
Chesapeake, Virginia 23322
(757) 482-5705
VSB#: 31174

American Express
P.O. Box 981537
El Paso, TX 79998


American Express RA
CT Corp. System
4701 Cox Road, Ste. 301
Glen Allen, VA 23060-6802


Bank of Hawaii
949 Kamokila Blvd., #242
Kapolei, HI 96707


Bank of Hawaii (notice)
Peter Ho, CEO
130 Merchant St, 22nd FL
Honolulu, HI 96813


Bryan S. Boungiorno
2540 Belmont Drive
Virginia Beach, VA 23456


Citibank
P.O. Box 6192
Sioux Falls, SD 57117


Commonwealth of Virginia
Dept. of Taxation
PO Box 27407
Richmond, VA 23261-7407


Cox Communications
P.O. Box 9001087
Louisville, KY 40290-1087


Cox Communications (notice)
Corp. Service Co., Reg. Ag.
1111 E. Main St., 16th Fl.
Richmond, VA 23219


Credit Control Corp
11821 Rock Landing Drive
Newport News, VA 23606

```
Credit Control Corp. (notice)
Terry C. Fuller, Reg. Ag.
11821 Rock Landing Dr.
Newport News, VA 23606


Credit First NA (notice)
Alfred C. Policy, CEO
6275 Eastland Rd.
Brookpark, OH 44142


Credit First National
P.O Box 81083
Cleveland, OH 44181-0083


Firestone
P.O. Box 81315
Cleveland, OH 44181-0315


Firestone (RA)
National Registered Agents Inc
200 West Adams Street
Chicago, IL 60606


GE/JCPenney
POB 965007
Orlando, FL 32896


Glasser & Glasser
P.O. Box 3400
Norfolk, VA 23514


Internal Revenue Svc.-CIO
PO Box 7346
Philadelphia, PA 19101-7346


IRS (RA) Civil Process Clerk
Office of US Atty, EDVA
101 W. Main Street, Ste 8000
Norfolk, VA 23510-1671


IRS/Atty Gen. of US (Notice)
U.S. Dept of Justice
950 Pennsylvania Avenue
Washington, DC 20530
```

J.C. Penney
P.O. Box 960090
Orlando, FL 32896


JCPenney Co. (notice)
CT Corp, Reg. Ag.
4701 Cox Rd., Ste. 301
Glen Allen, VA 23060-6802


Nationwide Credit
2002 Summit Blvd, Ste 600
Atlanta, GA 30319-1559


Nationwide Credit (RA)
Frank Hanna
4775 Buford Hwy NE
Atlanta, GA 30341


NCO Finan. Sys., Inc. (notice)
CT Corp. System
4701 Cox Road, Ste. 301
Glen Allen, VA 23060-6802


NCO Financial Systems, Inc.
507 Prudential Road
Horsham, PA 19044


One Main Financial
P.O. Box 183172
Columbus, OH 43218


One Main Financial (notice)
CT Corp. System, Reg. Ag.
4701 Cox Rd, Ste 301
Glen Allen, VA 23060-6802


OneMain
300 Saint Paul Pl
Baltimore, MD 21202


Portfolio Rec. Assoc. (notice)
Judith Sugg Scott, Reg. Ag.
120 Corporate Blvd., Ste. 100
Norfolk, VA 23502

Portfolio Recovery Associates
120 Corporate Blvd, Suite 100
Norfolk, VA 23502


Santander Consumer (notice)
CT Corp. System
4701 Cox Rd, Ste 301
Glen Allen, VA 23060-6802


Santander Consumer USA
8585 North Stemmons Freeway
Dallas, TX 75247


Santander Consumer USA
P O Box 105255
Atlanta, GA 30348


Sears (notice)
Robert A. Sears, Jr., Reg. Ag.
PO Box 578
Appomattox, VA 24522


Sears Gold Master Card
P.O. Box 6282
Sioux Falls, SD 57117-6282


Sprint (RA)
Corporation Service Company
BOA Ctr, 16flr: 1111 E Main St
Richmond, VA 23219


SRA Associates
401 Minnetonka Road
Somerdale, NJ 08083


SRA Associates, Inc (notice)
Corp. Svc. Co. BOA Ctr 16 flr
1111 East Main Street
Richmond, VA 23219


TD Auto Finance
P.O. Box 9223
Farmington, MI 48333

TD Auto Finance, LLC (notice)
CT Corporation System
4701 Cox Rd Ste 301
Glen Allen, VA 23060-6802


Toyota Financial Services
P.O. Box 5855
Carol Stream, IL 60197-5855


Toyota Motor Corp. (notice)
CT Corp. Systems, Reg. Ag.
4701 Cox Rd., Ste. 301
Glen Allen, VA 23060-6802


VA Attorney General (notice)
900 E. Main St.
Richmond, VA 23219


Virginia Dept of Taxation
P.O. Box 2369
Richmond, VA 23218-2369


Virginia Tax Comm. (notice)
P.O. Box 1115
Richmond, VA 23218-1115